UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:12-cv-0729 |
| v. ) | |
| ) | JUDGE TODD J. CAMPBELL |
| ) | Magistrate Judge John S. Bryant |
| BARBARA HARNISHFEGER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AGREED JUDGMENT

This matter is before the Court on the United States's complaint to collect a defaulted-on educational loan. The parties, the United States and Barbara Harnishfeger, having agreed in this matter, as evinced by their respective signatures below, this Court finds and rules as follows:

1. The Defendant, Barbara Harnishfeger, borrowed money to pursue her education and is indebted to the United States as the result of defaulting on a series of educational loans, which educational loans the United States guaranteed.

2. The parties agree in this case that judgment in this cause be entered against Defendant Barbara Hanishfeger in the stipulated amount of $15,000.00, which amount shall, for purposes of this action, represent the resolution by agreement of the Defendant's indebtedness, and which entered amount shall not bear post-judgment interest.

3. The parties further agree that the Defendant shall pay the judgment in this

manner: The Plaintiff shall recover $15,000.00 with no interest from the sale of any of Defendant's real property, which shall be encumbered by an Abstract of Judgment recorded by the Plaintiff at the Davidson County Tennessee Register of Deeds Office. A copy of the Abstract of Judgment will be provided to the Defendant.

4.  This judgment, once performed by the Defendant, shall settle the educational debt sued upon.

BASED ON THE FOREGOING, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States have judgment against Barbara Harnishfeger for the sum of $15,000.00, not to bear interest post-judgment, which amount shall be paid or otherwise collected as set out above, collection of which shall resolve the sued-upon debt. Each party shall pay its own court costs.

_Todd Campbell_
Todd J. Campbell
Judge U.S. District Court
for the Middle District of Tennessee

Agreed and approved for entry,

_Barbara Harnishfeger April 1, 2013_
Barbara Harnishfeger, Defendant

JERRY E. MARTIN
UNITED STATES ATTORNEY

By: _Michael L. Roden_
Michael L. Roden
Assistant United States Attorney
Office of the United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
Telephone: 615-736-5151
B. P. R. No. 010595